UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRASNEY A. DUMKA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KIRSTJEN NIELSEN, Secretary of the )<br>Department of Homeland Security, )<br>)<br>Defendant. ) | No. 14 C 2711<br><br>Judge Chang |

**NOTICE OF STIPULATION REGARDING**
**DUMKA'S MOTION TO COMPEL LIVE TRIAL TESTIMONY OF JOANN WAY**

The parties have conferred about plaintiff Frasney Dumka's pending motion (Dkt. 126) to compel the live testimony of FEMA employee JoAnn Way at the upcoming trial in this employment-discrimination lawsuit. The parties agree that the motion is best resolved by agreeing to the seven stipulations identified on pages 1-2 of Dumka's reply (Dkt. 129). FEMA respectfully asks that the court deny the motion (Dkt. 126) as moot. Dumka's counsel agrees with this course of action.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Alex Hartzler
 ALEX HARTZLER
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 886-1390
 alex.hartzler@usdoj.gov